Nash, J.
 

 The question is not as to the weight, hut as to the conpetency of the evidence, of which the defendant complains. On his part it was alleged, that the transaction between the plaintiff and her father, John T. Peace, was fraudulent. The plaintiff’s deed, being attacked for fraud, it was incumbent on her part to show, that the consideration was a
 
 bona fide
 
 one. A part of this consideration consisted of a debt, as she alleged, due from her father to Josiah Peace his brother, and which she had paid. The bill of sale, under whcli she claimed the negro, is dated the
 
 4lh
 
 of May 1844. Declarations of John T, Peace, made near six months before, were proved by the defendant to show, that at
 
 that
 
 time he owed his brother Josiah nothing. To contradict the force of this testimony, the plaintiff was permitted to show, that some
 
 *357
 
 time previous to the declarations, proved by the defendant, John T. Peace, had declared, that he was indebted to Josiah Peace. The testimony was, we think, competent. Job,n T. Peace was dead and his declarations were relevant'to the very matter in dispute, to-wit, his indebtedness to Josiah Peace, and upon a question of fraud and against his Interest. Its aptness to prove that fact of indebtedness was to be considered of by the jury in deciding on its weight, from the time and circumstances under which it was made.
 
 Peck
 
 v.
 
 Gilmer,
 
 4 Dev. & Bat. 257.
 
 Higham
 
 v.
 
 Ridgeway,
 
 19 East 109. We think his Honor committed no error in admitting the testimony. It is true, it did not of itself
 
 prove
 
 any such debt existing at the time the plaintiff’s bill of sale was made, but it was such a circumstance as the jury might take into consideration as evidence, either in chief or in reply. The declarations were made by a man, upon the subject in controversy, against his interest, and when he could have no conceivable interest to declare that, which was not true. Suppose he had at that time given his due bill for the amount so alleged to be due to Josiah Peace ; that, certainly, would have been evidence.
 

 Per Curiam.-
 

 Judgment affirmed.